**Order entered December 17, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01077-CR

### CARL YANCY JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F05-40209-R**

## ORDER

Before the Court is appellant's December 7, 2020 pro se motion for a free reporter's record on appeal. According to the notice of appeal filed in this case on December 9, 2020, appellant is an inmate appealing an adverse decision in a Chapter 64 post-conviction DNA testing proceeding. The docketing statement appellant has filed indicates appellant has requested preparation of the clerk's record and reporter's record in this case.

In his motion, appellant indicates he has filed a motion to appoint counsel with the Court. The Court's records do not show the filing of a motion to appoint counsel. Appellant requests, if counsel is not appointed, that the Court order the trial court clerk to send him copies of the reporter's record and clerk's record for his use.

We **GRANT** appellant's motion to the extent of the following relief. We **ORDER** the trial court clerk to provide appellant with duplicate copies of the clerk's record and reporter's record, if any, filed in this case. *See* TEX. R. APP. P. 34.5(g), 34.6(h).

We **DIRECT** the Clerk of the Court to transmit a copy of this order by electronic transmission to the Dallas County District Clerk and to the Dallas County District Attorney. We further **DIRECT** the Clerk of the Court to mail a copy of this order, by first class mail, to Carl Yancy, Jr.; TDCJ No. 01433033; Alfred Hughes Unit; Route 2, Box 4400; Gatesville, Texas 76597.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE